**Order entered October 12, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00098-CV

## AL M. WILLIAMS, Appellant

## V.

## ECOM/WILLMAX BELLAGIO, L.P. D/B/A LADERA, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17458**

## ORDER

Before the Court is appellant's October 11, 2022 third motion for an extension of time to file a corrected brief. We **GRANT** the motion and extend the time to **November 9, 2022**. We caution appellant that failure to file a corrected brief on or before November 9, 2022 will result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c); *Bolling v. Farmer's Branch I.S.D.*, 315 S.W.3d 893, 897 (Tex. App.—Dallas 2010, no pet.) (dismissing appeal where appellant failed to substantially comply with briefing rules).

/s/    KEN MOLBERG
        JUSTICE